# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 19 EM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LATIF ALKHATIB, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of April, 2020, the "Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*" is DENIED.